UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CESAREO A. GUERRERO,

Plaintiff,

- against -

PRECISION AUTO SERVICE, INC., ET AL.,

Defendants.

---

26-cv-8986 (JGK)

Order

John G. Koeltl, District Judge:

The plaintiff should file a notice of appearance by **November 30, 2026**.

The defendants should serve a copy of this Order on the plaintiff by **November 24, 2026** and file proof of service on the docket.

**SO ORDERED.**

**Dated:** New York, New York
November 20, 2026

John G. Koeltl
United States District Judge